IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones-Barrow, Talonda L

Printed: 12/13/07

Case Number: 07 B 12712
Judge: Squires, John H
Filed: 7/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 17,962.12 | 0.00 |
| 4. | Internal Revenue Service | Priority | 3,325.96 | 0.00 |
| 5. | Columbia Gas | Unsecured | 37.35 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 1,197.08 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 494.43 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 158.06 | 0.00 |
| 9. | American Electric Power-VA | Unsecured | 384.12 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 364.34 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 350.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 268.63 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 3,556.81 | 0.00 |
| 14. | Isle Of Capri M | Unsecured | 140.00 | 0.00 |
| 15. | Global Payments | Unsecured | 500.00 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 845.77 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 380.00 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 1,013.63 | 0.00 |
| 19. | Aspire Visa | Unsecured | 288.89 | 0.00 |
| 20. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 21. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 22. | Internal Revenue Service | Priority |  | No Claim Filed |
| 23. | Blatt Hasenmiller & Komar | Unsecured |  | No Claim Filed |
| 24. | Bank Of America | Unsecured |  | No Claim Filed |
| 25. | AT&T | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones-Barrow, Talonda L

Printed: 12/13/07

Case Number: 07 B 12712
Judge: Squires, John H
Filed: 7/17/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Bank Of America | Unsecured | | No Claim Filed |
| 27. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 28. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 29. | Citadel Commerce | Unsecured | | No Claim Filed |
| 30. | Citadel Commerce | Unsecured | | No Claim Filed |
| 31. | Collection Agency | Unsecured | | No Claim Filed |
| 32. | Clear Check | Unsecured | | No Claim Filed |
| 33. | H & R Block | Unsecured | | No Claim Filed |
| 34. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 35. | JBC & Associates | Unsecured | | No Claim Filed |
| 36. | Helly Hansen | Unsecured | | No Claim Filed |
| 37. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 38. | GC Services Collection Agency | Unsecured | | No Claim Filed |
| 39. | Las Vegas Hilton Casino | Unsecured | | No Claim Filed |
| 40. | MB Financial | Unsecured | | No Claim Filed |
| 41. | Ameriloan | Unsecured | | No Claim Filed |
| 42. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 43. | Plaza Associates | Unsecured | | No Claim Filed |
| 44. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 45. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 46. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 47. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 48. | Skylight | Unsecured | | No Claim Filed |
| 49. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 50. | TCF Bank | Unsecured | | No Claim Filed |
| 51. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 52. | TRS Services | Unsecured | | No Claim Filed |
| 53. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 54. | Xpress Cash | Unsecured | | No Claim Filed |
| 55. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 56. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,267.19 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMack_____